# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL V. ROGERS

v.

BELINDA STEWART

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5369FDB

_____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.    The Court adopts the Report and Recommendation.

2.    The petition is TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.

September 24, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk